UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORTIGUERRA, *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>GRAND ISLE SHIPYARD, LLC., *et al.*<br><br>*Defendants* | CIVIL ACTION NO. 2:22-cv-00309<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)<br><br>JURY TRIAL DEMANDED |

### NOTICE OF FILING OF CONSENT TO JOIN UNDER THE FAIR LABOR STANDARDS ACT

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby file their written consents to join this collective action under the Fair Labor Standards Act:

- Rosel N. Hernandez
- Siegfreid Carlos
- Renato Decena

Respectfully submitted this day: May 10, 2022,

/s/ Daniel Werner
**Daniel Werner (GA Bar #422070)**
**Radford & Keebaugh, LLC**
315 W. Ponce de Leon Ave., Suite 1080.
Decatur, GA 30030
P: 678-271-0300
F: 678-271-0304
E: dan@decaturlegal.com
*(admitted pro hac vice)*

2

/s/ Kenneth C. Bordes
**Kenneth C. Bordes (Bar #35668)**
**Kenneth C. Bordes,**
**Attorney at Law, LLC**
4224 Canal St.
New Orleans, LA 70119
P: 504-588-2700
F: 504-708-1717
E: kcb@kennethbordes.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF electronic filing system and have caused to be sent by United States Mail and email such filing to the following:

Stephanie M. Pougher
Phelps Dunbar, LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
stephanie.poucher@phelps.com

*Attorneys for Defendants*

/s/ Daniel Werner