ENGLISH:
CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I am a current or former employee of Grand Isle Shipyard, Inc. and/or GIS, LLC in Galliano, Louisiana. I consent to be a party Plaintiff in an action under the Fair Labor Standards Act ("FLSA") against Grand Isle Shipyard, Inc., GIS, LLC and/or related entitles and individuals to recover my unpaid minimum wage and overtime pay and all other damages as allowed by the FLSA.

Signature: ____Renato A Decena (May 6, 2022 10:15 GMT+8)_____

Full Name: __Renato Decena_____

Date: __May 6, 2022_____

TAGALOG:
KONSENTO NA MAG-SUE SA ILALIM NG FAIR LABOR STANDARDS ACT

Ako ay kasalukuyan o dating empleyado ng Grand Isle Shipyard, Inc. at/o GIS, LLC. sa Galliano, Louisiana. Sumasang-ayon ako na maging isang partido ng Plaintiff sa isang aksyon sa ilalim ng Fair Labor Standards Act ("FLSA") laban sa Grand Isle Shipyard, Inc., GIS, LLC. at / o mga nauugnay na kumpanya at indibidwal upang makuha ang aking hindi nabayarang minimum na sahod at dagdag na bayad sa obertaym at lahat ng iba pang mga pinsalang pinahintulutan ng FLSA.

Lagda: ____Renato A Decena (May 6, 2022 10:15 GMT+8)_____

Buong Pangalan: __Renato Decena_____

Petsa: __May 6, 2022_____

# CONSENT TO SUE RDecena

Final Audit Report                                        2022-05-06

| | |
|---|---|
| Created: | 2022-05-05 |
| By: | Radford & Keebaugh (admin@decaturlegal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhuBU8XsZWcSrsJ_DMSkcouKQKQXMGy11 |

## "CONSENT TO SUE RDecena" History

- Document created by Radford & Keebaugh (admin@decaturlegal.com)
  2022-05-05 - 5:55:12 PM GMT- IP address: 99.98.102.253

- Document emailed to Renato A Decena (renatodecena@yahoo.com) for signature
  2022-05-05 - 5:56:10 PM GMT

- Email viewed by Renato A Decena (renatodecena@yahoo.com)
  2022-05-05 - 6:02:49 PM GMT- IP address: 35.139.61.55

- Document e-signed by Renato A Decena (renatodecena@yahoo.com)
  Signature Date: 2022-05-06 - 2:15:52 AM GMT - Time Source: server- IP address: 172.58.169.49

- Agreement completed.
  2022-05-06 - 2:15:52 AM GMT

Adobe Acrobat Sign