UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTOR CAGARA ORTIGUERRA, DONATO MANALILI AGUSTIN, AMADO TRANATE YUZON, CHRISTOPHER ESCALANTE RAYOS, ARVIN BANZON SAN PEDRO, and WILFREDO BATONG SATUROS** | **CIVIL ACTION NO. 22-cv-00309**<br><br>**SECTION "J"**<br>**JUDGE CARL J. BARBIER**<br><br>**MAG. DIV. (4)**<br>**MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **VERSUS** | |
| **GRAND ISLE SHIPYARD, LLC and GIS, LLC** | |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time Within Which to Plead **(Rec. Doc. 20)** filed by Defendants, Grand Isle Shipyard, LLC and GIS, LLC; accordingly

IT IS ORDERED BY THE COURT that Defendants' Unopposed Motion for Extension of Time Within Which to Plead be, and the same is hereby GRANTED, and that Defendants, Grand Isle Shipyard, LLC and GIS, LLC, have an additional twenty-one (21) days or until and through, August 2, 2022, in which to respond to the First Amended Complaint (R. Doc. 19) filed by Plaintiffs.

New Orleans, Louisiana, this 1st day of July, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE