UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORTIGUERRA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 22-309 |
| GRAND ISLE SHIPYARD, LLC., ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Ex Parte Consent Motion to Extend Time and to Set Status Conference* **(Rec. Doc. 22)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED in part.**

**IT IS FURTHER ORDERED** that Plaintiffs' deadline to file their opposition to Defendant's *Motion to Dismiss* (Rec. Doc. 14) is **CONTINUED** until August 12, 2022.

New Orleans, Louisiana, this 15th day of July, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE