

Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.
3
REPUBLIKA NG PILIPINAS | REPUBLIC OF THE PHILIPPINES
PASAPORTE/
PASSPORT
P
PHL
ORTIGUERRA
VICTOR
CAGARA
FILIPINO
M
SAMAL BATAAN
26 JAN 2017
25 JAN 2022
DFA NCR WEST

EXHIBIT
B

PILIPINAS PASAPORTE
3
Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.
REPUBLIKA NG PILIPINAS | REPUBLIC OF THE PHILIPPINES
PASAPORTE/
PASSPORT
P
PHL
AGUSTIN
DONATO
MANALILI
FILIPINO
M
GUIMBA N ECIJA
01 FEB 2017
31 JAN 2022
DFA NCR CENTRAL

Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.
3
REPUBLIKA NG PILIPINAS | REPUBLIC OF THE PHILIPPINES
PASAPORTE/
PASSPORT
P
PHL
YUZON
AMADO
TRANATE
FILIPINO
M
BALANGA BATAAN
19 OCT 2018
18 OCT 2028
DFA NCR CENTRAL

Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.
REPUBLIKA NG PILIPINAS | REPUBLIC OF THE PHILIPPINES
PASAPORTE/
PASSPORT
P
PHL
RAYOS
CHRISTOPHER
ESCALANTE
FILIPINO
M
STA ROSA LAGUNA
04 SEP 2017
03 SEP 2022
DFA BATANGAS

Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.
3
REPUBLIKA NG PILIPINAS | REPUBLIC OF THE PHILIPPINES
PASAPORTE/
PASSPORT
P
PHL
SATUROS
WILFREDO
BATONG
FILIPINO
M
BISLIG SGO DS
15 JAN 2020
14 JAN 2030
DFA NCR CENTRAL

REPUBLIKA NG PILIPINAS | REPUBLIC OF THE PHILIPPINES
PASAPORTE/
PASSPORT
P
PHL
HERNANDEZ
ROSEL
NUFABLE
FILIPINO
M
BALUD MASBATE
21 NOV 2018
20 NOV 2028
DFA NCR CENTRAL
Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.
3



Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.

3

REPUBLIKA NG PILIPINAS | REPUBLIC OF THE PHILIPPINES

PASAPORTE/ PASSPORT

Uri/ Type: P
Kodigo ng bansa/ Country code: PHL
Pasaporte blg/Passport no:

Apelyido/Surname: CARLOS
Pangalan/ Given names: SIEGFREID
Panggitnang apelyido/Middle name: TAPIA
Petsa ng kapanganakan/Date of birth:
Nasyonalidad/Nationality: FILIPINO
Kasarian/Sex: M
Lugar ng kapanganakan/Place of birth: QUEZON CITY
Petsa ng pagkakaloob/Date of issue: 04 JAN 2019
Petsa ng pagkawalang bisa/Valid until: 03 JAN 2029
Maykapangyarihang nagkaloob/Issuing authority: DFA NCR CENTRAL

REPUBLIKA NG PILIPINAS / REPUBLIC OF THE PHILIPPINES
PASAPORTE/
PASSPORT
P
PHL
DECENA
RENATO
ARBOLIDA
FILIPINO
M
MULANAY QUEZON
11 NOV 2017
10 NOV 2022
DFA NCR CENTRAL
Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.
3

REPUBLIKA NG PILIPINAS | REPUBLIC OF THE PHILIPPINES
PASAPORTE/
PASSPORT
P
PHL
DINGLASAN
ISAIAS
SANTIAGO
M
NAUJAN OR MDO
FILIPINO
09 JAN 2018
08 JAN 2028
DFA BATANGAS
Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.
3