


**Philippine Overseas Employment Administration**

MEMORANDUM CIRCULAR NO. 3
Series of 1983

SUBJECT: Compulsory Pre-Departure Orientation Seminar for all Filipino Contract Workers including seamen for Overseas Employment.

In view of the increasing difficulty encountered by Filipino contract workers in adapting or adjusting to changes in environment in a foreign jobsite or an ocean-going vessel, all agencies, construction contractors, manning agencies and entities authorized or licensed by the Ministry of Labor and Employment/Philippine Overseas Employment Administration to recruit and hire workers for overseas employment are hereby directed to conduct effective March 16, 1983, a compulsory pre-departure orientation seminar (PDOS) for all workers sent by them overseas. For this purpose, the following guidelines are issued for the observance by all concerned:

Section 1. Coverage. - This Memorandum Circular shall apply to all agencies and entities authorized or licensed by the Administration/MOLE to hire and recruit workers for overseas employment. It shall also apply to all Filipino workers leaving for overseas employment.

Section 2. Pre-Departure Orientation Seminar, A Requirement. - Every worker departing for overseas employment, either for the first time or on re-contract, shall undergo a pre-departure orientation seminar conducted by his/her agency.

Section 3. Responsibility for Conducting a PDOS. - It shall be the responsibility of every licensed agency or company to provide each worker sent overseas a thorough pre-departure orientation seminar. The seminar shall conform with the requirements for PDOS of the Administration.

Section 4. Cost of PDOS. - The cost of conducting a PDOS shall be borne by the agency or sponsoring organization and shall not, in any way, be passed on to the worker. Attendance by a departing worker in the PDOS shall be free of charge.

EXHIBIT G

Page two --

Section 5. <u>Pooling of Resources for PDOS.</u> - Agencies whose overseas deployment are small in numbers may pool their resources in order that they may jointly conduct a pre-departure orientation seminar for their departing workers. The seminar shall, however, conform with the requirements of the Administration.

Section 6. <u>PDOS by Organizations of Agencies.</u> - Agency organizations or associations may undertake pre-departure orientation seminars for the departing workers of their member agencies. These seminars shall, however, conform with the requirements of the Administration.

Section 7. <u>PDOS by Organizations not in the Overseas Employment Business.</u> - Agencies may, if they so desire, contract or avail of the services of organizations not in the overseas employment business in the conduct of the pre-departure orientation seminars for their departing workers. The seminars undertaken under this arrangement shall, however, conform with the requirements of the Administration.

Section 8. <u>Administration's Review and Approval of PDOS Programs.</u> - All pre-departure orientation seminars for overseas workers conducted by agencies or by organizations in behalf of agencies shall be reviewed and approved by the Administration. Only programs which meet the requirements of the Administration shall be given accreditation and implemented.

Section 9. <u>Requirements for the Accreditation of a PDOS.</u> - The following are the requirements for the accreditation of the pre-departure orientation seminar program of agencies:

    a) Content - the seminar should include discussions on the following topics:

        a.1 Code of discipline for and obligation of Filipino workers overseas (support for family, payment of taxes, forex remittances, etc.) - at least one hour discussion.

        a.2 Terms and Conditions of Employment (contract) - at least one hour discussion.

        a.3 The Job-site or the vessel - at least thirty minutes discussion.

        a.4 The Host Country: customs, practices, religion, social, economic and political system, labor laws and administration - at least two hours discussion.

        a.5 Government Services to Workers Overseas (Embassy, consular offices, labor attache service, WELFUND, POEA, etc.) - at least thirty minutes discussion.

Page three --

        a.6  Travel tips - at least one hour discussion.

   b)  Length or duration - the seminar should at least be six (6) hours in duration following the above suggested length of discussions for each topic.

   c)  Venue - the seminar should be held in a room big enough to accommodate the number of participants while seated and with a¹ chalk board, adequate ventilation and lighting and electrical outlets for use in audio-visual presentations.

Section 10. <u>Where to File Applications for Accreditation of PDOS.</u> - Applications for the accreditation of pre-departure orientation seminars shall filed with the Pre-Departure Orientation and Services Division of the Workers' Assistance and Adjudication Office.

Section 11. <u>Who May File Applications.</u> - Only licensed or authorized agencies may file applications for accreditation of pre-departure orientation seminars.

Section 12. <u>Submission of PDOS Reports.</u> - Agencies shall submit to the PDOS Division an advance monthly schedule of their pre-departure orientation seminars. The report shall also include the seminars held the previous month and the list of worker-participants in each of the seminar, their country of destinations and a copy of the particular PDOS program conducted for them.

Section 13. <u>When to Hold a PDOS.</u> - Whenever possible, a pre-departure orientation seminar should be held two(2) weeks before the scheduled departure of the workers.

Section 14. <u>Sanctions.</u> - Violation of this Memorandum Circular shall be punishable by a suspension of six(6) months. A subsequent violation shall be punishable by cancellation of license or authority.

Section 15. <u>PDOS for Government-Placed Workers.</u> - It shall be the responsibility of the PDOS Division, Workers' Assistance and Adjudication Office, to provide pre-departure orientation seminars for all government-placed workers.

Section 16. <u>Other PDOS-related Programs and Activities.</u> - The Administration shall develop and implement other programs and activities in support of PDOS. Among others, the Administration may undertake a trainors' training for agencies or an advance

Page four --

program designed to equip workers with necessary skills to cope with or adapt to changes in environment.

    Strict compliance is hereby enjoined.

01 February 1983.

                    PATRICIA A. STO. TOMAS
                         Administrator