UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTOR CAGARA ORTIGUERRA, DONATO MANALILI AGUSTIN, AMADO TRANATE YUZON, CHRISTOPHER ESCALANTE RAYOS, ARVIN BANZON SAN PEDRO, WILFREDO BATONG SATUROS, ROSEL NUFABLE HERNANDEZ, SIEGFRIED TAPIA CARLOS, RENATO ARBOLIDA DECENA, and ISAIAS SANTIAGO DIGLASAN** | **CIVIL ACTION NO. 22-cv-00309**  **SECTION "J"**  **JUDGE CARL J. BARBIER**  **MAG. DIV. (4)**  **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **VERSUS** | |
| **GRAND ISLE SHIPYARD, LLC and GIS, LLC** | |

## DECLARATION OF CORLISE COLBERT

**STATE OF LOUISIANA**
**PARISH OF LAFOURCHE**

I, Corlise Colbert, make this Declaration ("Declaration") under the penalty of perjury, pursuant to 28 U.S.C. § 1746, and state as follows:

1. I am an individual over the age of 18 and am competent to testify as to the matters set forth herein.

2. I have personal knowledge, information and belief as to the matters attested to herein.

3. I am the Human Resources Director for Grand Isle Shipyard, LLC ("GIS"). My work address is 18838 Hwy. 3235, Galliano LA 70354. GIS is a U.S. based oil and gas services company that provides a variety of services to clients in the drilling industry, including construction and repair work on offshore oil rigs and ships. I understand that this Declaration will be used in connection with the above-styled litigation.

**EXHIBIT J**

2

4. In my position, I serve as the custodian of records for GIS's personnel files and other documentation relating to employees and employment at GIS.

5. I do hereby state upon my oath that the documents attached to GIS's Motion to Dismiss and Compel Arbitration as Exhibit "H" are the Contracts of Employments for Plaintiffs Victor Cagara Ortiguerra, Donato Manalili Agustin), Amado Tranate Yuzon, Christopher Escalante Rayos, Arvin Banzon San Pedro, Wilfredo Batong Saturos, Rosel Nufable Hernandez, Siegfried Tapia Carlos, Renato Arbolida Decena and Isaias Santiago Dinglasan, and are true and correct copies of records made and kept in the regular course of business at GIS, and also include the Standard Terms and Conditions signed by each Plaintiff.

6. I certify under penalty of perjury under the laws of the state of the United States of America and that I have read the foregoing Declaration and that it is true and correct to the best of my knowledge, information, and belief. I am signing this Declaration of my own free will, and no one coerced me to do so.

**Signed this 25th day of July 2022.**

_____
**CORLISE COLBERT**