## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTOR CAGARA ORTIGUERRA, DONATO MANALILI AGUSTIN, AMADO TRANATE YUZON, CHRISTOPHER ESCALANTE RAYOS, ARVIN BANZON SAN PEDRO, WILFREDO BATONG SATUROS, ROSEL NUFABLE HERNANDEZ, SIEGFRIED TAPIA CARLOS, RENATO ARBOLIDA DECENA, and ISAIAS SANTIAGO DIGLASAN** | **CIVIL ACTION NO. 22-cv-00309**  **SECTION "J"**  **JUDGE CARL J. BARBIER**  **MAG. DIV. (4)**  **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **VERSUS** | |
| **GRAND ISLE SHIPYARD, LLC and GIS, LLC** | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel for Defendants, Grand Isle Shipyard, LLC[1] and GIS, LLC ("GIS" or "Defendants"), will submit the attached Renewed Motion to Dismiss First Amended Class Action Complaint and Compel Arbitration before the Honorable Carl J. Barbier, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 24th day of August, 2022.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ David M. Korn*
DAVID M. KORN (#21676) [T.A.]
STEPHANIE M. POUCHER (#37263)
MARK FIJMAN (#37680)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130

---

[1] GIS, LLC owns Grand Isle Shipyard, LLC. Grand Isle Shipyard, LLC is the actual employer of the Plaintiffs in this matter.

PD.38479629.1

2

        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        david.korn@phelps.com
        stephanie.poucher@phelps.com
        mark.fijman@phelps.com

**ATTORNEYS FOR DEFENDANTS, GRAND ISLE SHIPYARD, LLC AND GIS, LLC**

2