UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORTIGUERRA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 22-309 |
| GRAND ISLE SHIPYARD, LLC., ET AL. | SECTION: "J"(4) |

# ORDER

Considering the foregoing *Motion to Strike Portions of Defendants' Reply, or in the Alternative, to File a Sur-Reply* **(Rec. Doc. 43)** filed by the Plaintiffs,

**IT IS ORDERED BY THE COURT** that the motion is **DENIED**. No further briefing on the *Motion to Dismiss First Amended Class Action Complaint and Compel Arbitration* (Rec. Doc. 26) is required.

New Orleans, Louisiana, this 20th day of September, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE