UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORTIGUERRA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 22-309 |
| GRAND ISLE SHIPYARD, LLC., ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Ex Parte Motion for Extension of Time within which to Plead* **(Rec. Doc. 48)** filed by Plaintiffs,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED**, and that Plaintiffs, have an additional twenty-one (21) days or until and through, November 21, 2022, in which to respond to Defendants' counterclaims.

New Orleans, Louisiana, this 14th day of October, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE