# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORGTIGUERRA, ET AL<br><br>*Plaintiffs*<br><br>v.<br><br>GRAND ISLE SHIPYARD, LLC, ET AL.<br><br>*Defendants* | CIVIL ACTION NO.  2:22-cv-00309<br><br>SECTION "J"<br>JUDGE CARL J. BARBIER<br><br>MAG. DIV. (4)<br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS FOR DEFAMATION

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs Victor Cagara Ortiguerra, Donato Manalili Agustin, Amado Tranate Yuzon, Chistopher Escalante Rayos, Arvin Banzon San Pedro, Wilfredo Batong Saturos, Rosel Nufable Hernandez, Siegfried Tapia Carlos, Renato Arbolida Decena, and Isais Santiago Dinglasan (collectively, "Plaintiffs"), on their own behalf and on behalf of those similarly situated, respectfully requesting that this Court dismiss Defendants/Counterclaimants' defamation counterclaims against Plaintiffs.

Defendants' have filed counterclaims for defamation based on Plaintiffs' pleadings ("In Counterclaim Defendants' First Amended Class Action Complaint, they assert false and defamatory claims of…."). See R. Doc. 46, ¶¶ 41-58. Defendants' contend that "[t]hese false and defamatory allegations were published by Counterclaim Defendants to this Court and to the general public by the filing of their First Amended Class Action Complaint into the public

records," However, Defendants' have no such cause of action. These claims are improper and have been routinely dismissed under Louisiana law and Louisiana federal courts.

Further, Defendants/Counterclaimants' attempted defamation claims related to Plaintiffs' pleadings are a textbook violations of Louisiana's version of "Anti-SLAPP" law, attempting to chill the rights of Plaintiffs and other potential putative class members. See La. Code Civ. P. art. 971; see also *Hoffman v. Bailey*, 13-5122, p. 4 (E.D. La. 5/16/17), 2017 WL 2212503 at *4; *Schittone v. Stoma*, 2017-1732, p. 3 (La. App. 1 Cir. 5/2/18), 2018 WL 2078822 at *3; *Henry v. Lake Charles Am. Press, L.L.C.*, 566 F.3d 164, 169 (5th Cir. 2009).

**WHEREFORE**, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Dismiss Defendants' Counterclaims, and grant the Motion to Strike said counterclaims pursuant to La. Code Civ. P. art. 971, awarding all just remedies and relief associated with the motions.

Respectfully submitted this day: November 22, 2022,

      /s/ Kenneth C. Bordes
**Kenneth C. Bordes (Bar #35668)**
**Kenneth C. Bordes,**
**Attorney at Law, LLC**
4224 Canal St.
New Orleans, LA 70119
P: 504-588-2700
F: 504-708-1717
E: kcb@kennethbordes.com

**Daniel Werner (GA Bar #422070)**
**Radford & Keebaugh, LLC**
315 W. Ponce de Leon Ave., Suite 1080.
Decatur, GA 30030
P: 678-271-0300
F: 678-271-0304
E: dan@decaturlegal.com
*(admitted pro hac vice)*

**M. Lucia Blacksher Ranier (Bar # 26605)**
**Samuel T. Brandao (Bar #34456)**
**Civil Rights and Federal Practice Clinic**
**Tulane Law School**
6329 Freret Street
New Orleans, LA  70118
P: (504) 862-8892
F: (504) 862-8753
E: lblacksh@tulane.edu
E: sbrandao@tulane.edu

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF electronic filing system which will send notification of such filing to all Parties.

/s/ Kenneth C. Bordes