## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| VICTOR CAGARA ORGTIGUERRA, ET AL | **CIVIL ACTION NO.  2:22-cv-00309** |
| *Plaintiffs* | **SECTION "J"**<br>**JUDGE CARL J. BARBIER** |
| v. | **MAG. DIV. (4)** |
| GRAND ISLE SHIPYARD, LLC, ET AL. | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| *Defendants* |  |

## NOTICE OF SUBMISSION OF
## PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS

Please take notice that Plaintiffs have moved for dismissal of Defendants' counterclaims,

which will be submitted to the Hon. Carl J. Barbier on December 14, 2022 at 9:30 a.m., or as soon

thereafter as the Court determines appropriate.

Respectfully Submitted:


_____/s/ Kenneth C. Bordes_____
**Kenneth C. Bordes (Bar #35668)**
**Kenneth C. Bordes,**
**Attorney at Law, LLC**
4224 Canal St.
New Orleans, LA 70119
P: 504-588-2700
F: 504-708-1717
E: kcb@kennethbordes.com


**Daniel Werner (GA Bar #422070)**
**Radford & Keebaugh, LLC**
315 W. Ponce de Leon Ave., Suite 1080.
Decatur, GA 30030

P: 678-271-0300
F: 678-271-0304
E: dan@decaturlegal.com
*(admitted pro hac vice)*

**M. Lucia Blacksher Ranier (Bar # 26605)**
**Samuel T. Brandao (Bar #34456)**
**Civil Rights and Federal Practice Clinic**
**Tulane Law School**
6329 Freret Street
New Orleans, LA  70118
P: (504) 862-8892
F: (504) 862-8753
E: lblacksh@tulane.edu
E: sbrandao@tulane.edu

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF electronic filing system which will send notification of such filing to all Parties.

/s/ Kenneth C. Bordes

2