UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VICTOR CAGARA ORTIGUERRA, ET AL.

VERSUS

GRAND ISLE SHIPYARD, LLC., ET AL.

CIVIL ACTION

NO. 22-309

SECTION: "J"(4)

## ORDER

Considering the foregoing Ex Parte *Motion for Leave to File Sur-Reply* **(Rec. Doc. 69)** filed by Defendants, Grand Isle Shipyard, LLC, and GIS, LLC,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED**. Defendants' sur-reply memorandum shall be accepted for filing in the record.

New Orleans, Louisiana, this 17th day of January, 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE