UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORTIGUERRA, ET AL., <br><br> Plaintiff, <br> v. <br><br> GRAND ISLE SHIPYARD, LLC., ET AL., <br><br> Defendants. | Civil Action No.: 2:22-cv-00309 <br><br> Section:  J <br><br> Division: 4 <br><br> Judge: Carl J. Barbier <br><br> Magistrate Judge: Karen Wells Roby <br><br> JURY DEMANDED |

**PROPOSED ORDER**

Having considered Plaintiffs' *Ex Parte* Motion to Withdraw Counsel of Record,

IT IS ORDERED that M. Lucia Blacksher Ranier be and is hereby withdrawn as counsel of record for Plaintiffs Victor Cagara Ortiguerra, et al. in this proceeding.

New Orleans, Louisiana, this 11th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE CARL J. BARBIER