# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORTIGUERRA, DONATO MANALILI AGUSTIN, AMADO TRANATE YUZON, CHRISTOPHER ESCALANTE RAYOS, ARVIN BANZON SAN PEDRO, WILFREDO BATONG SATUROS, ROSEL NUFABLE HERNANDEZ, SIEGFRIED TAPIA CARLOS, RENATO ARBOLIDA DECENA, and ISAIAS SANTIAGO DINGLASAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>GRAND ISLE SHIPYARD, LLC., and GIS, LLC,<br><br>*Defendants.* | CIVIL ACTION NO. 22-cv-00309<br><br>SECTION J<br>JUDGE CARL J. BARBIER<br><br>MAG. DIV. (3) MAGISTRATE EVA J. DOSSIER<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR CERTIFICATION OF A CLASS ACTION

Plaintiffs Victor Cagara Ortiguerra, Donato Manalili Agustin, Amado Tranate Yuzon, Christopher Escalante Rayos, Arvin Banzon San Pedro, Wilfredo Batong Saturos, Rosel Nufable Hernandez, Siegfried Tapia Carlo, Renato Arbolida Decena, and Isaias Santiago Dinglasan (collectively, "Plaintiffs") file this Motion for Certification of a Class Action. Pursuant to Fed. R. Civ. P. 23(b)(3), Plaintiffs request an Order that (1) authorizes Plaintiffs to proceed, on behalf of themselves and two certified Classes, against Defendants Grand Isle Shipyard, LLC and GIS, LLC (collectively, "Defendants") for their violation Plaintiffs' rights, and those of individuals similarly

situated, to be free from forced labor, trafficking for forced labor, attempt, and conspiracy under the Trafficking Victims Protection Act (TVPA), 18 U.S.C. §§ 1589, 1590, 1594(b) and for their discrimination against Plaintiffs, and those of individuals similarly situated, because of race, color, and/or national origin in violation of the Fair Housing Act (FHA), 42 U.S.C. §§ 3601 *et seq.*; and (2) directs Defendants to promptly provide Plaintiffs' counsel with the names, mobile telephone numbers, email addresses, and last known addresses for all potential members of the certified Classes so that additional similarly situated current and former employees can be promptly notified of their right to participate in this lawsuit.

Plaintiffs concurrently file a memorandum of law in support of this Motion.

Respectfully submitted this 6th day of January, 2025, per the Court's scheduling order. (R. Doc. 103).

/s/ Daniel Werner
Daniel Werner (GA Bar #422070)
Elaine Woo (GA Bar #430956)
Radford Scott, LLC
125 Clairemont Ave., Suite 380
Decatur, GA 30030
P: 404-400-3600
F: 678-271-0304
E: dwerner@radfordscott.com
E: ewoo@radfordscott.com
*(admitted pro hac vice)*

   /s/ Kenneth C. Bordes
Kenneth C. Bordes (Bar #35668)
Amneh Attallah (Bar #41146)
Abigail L. Floresca (Bar #41248)
Kenneth C. Bordes,
Attorney at Law, LLC
4224 Canal St.
New Orleans, LA 70119
P: 504-588-2700
F: 504-708-1717
E: kcb@kennethbordes.com
E: amneh@kennethbordes.com
E: abigail@kennethbordes.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

                                          /s/ Daniel Werner