# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORTIGUERRA, DONATO MANALILI AGUSTIN, AMADO TRANATE YUZON, CHRISTOPHER ESCALANTE RAYOS, ARVIN BANZON SAN PEDRO, WILFREDO BATONG SATUROS, ROSEL NUFABLE HERNANDEZ, SIEGFRIED TAPIA CARLOS, RENATO ARBOLIDA DECENA, and ISAIAS SANTIAGO DINGLASAN, *Plaintiffs,* v. GRAND ISLE SHIPYARD, LLC., and GIS, LLC, *Defendants.* | CIVIL ACTION NO. 22-cv-00309 SECTION J JUDGE CARL J. BARBIER MAG. DIV. (3) MAGISTRATE EVA J. DOSSIER JURY TRIAL DEMANDED |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN REGARD TO MOTION AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CERTIFICATION OF A CLASS ACTION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs pursuant to this Court's Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings ("Administrative Procedures"), and LOCAL RULE 5.6, respectfully request leave to file under seal certain unredacted copies of Plaintiffs' Memorandum in Support of Class Certification and supporting exhibits, where such pleadings and exhibits are discussed and referenced, which are subject to a Protective Order of this Court. If the instant

Motion is granted, copies of all documents filed under seal will be submitted directly to the Court and opposing counsel through the Court's CM/ECF filing system.

Respectfully submitted this 21st day of January, 2025:

/s/ Daniel Werner
Daniel Werner (GA Bar #422070)
Elaine Woo (GA Bar #430956)
Radford Scott, LLC
125 Clairemont Ave., Suite 380
Decatur, GA 30030
P: 404-400-3600
F: 678-271-0304
E: dwerner@radfordscott.com
E: ewoo@radfordscott.com
*(admitted pro hac vice)*

/s/ Kenneth C. Bordes
Kenneth C. Bordes (Bar #35668)
Amneh Attallah (Bar #41146)
Abigail L. Floresca (Bar #41248)
Kenneth C. Bordes,
Attorney at Law, LLC
4224 Canal St.
New Orleans, LA 70119
P: 504-588-2700
F: 504-708-1717
E: kcb@kennethbordes.com
E: amneh@kennethbordes.com
E: abigail@kennethbordes.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

                                                /s/ Daniel Werner