UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR CAGARA ORTIGUERRA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 22-309 |
| GRAND ISLE SHIPYARD, LLC., ET AL. | SECTION: "J"(4) |

### ORDER

Considering the foregoing *Motion for Certification of a Class Action* **(Rec. Doc. 129)** filed by the Plaintiffs,

**IT IS HEREBY ORDERED** that oral argument on Plaintiffs' motion is **SET** for **Wednesday, May 14, 2025 at 9:30 a.m.**

New Orleans, Louisiana, this 6th day of March, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE